| | |
|---|---|
| GEOFFREY A. HANSEN<br>Acting Federal Public Defender<br>VARELL L. FULLER<br>Assistant Federal Public Defender<br>160 West Santa Clara Street, Suite 575<br>San Jose, CA 95113<br>Telephone: (408) 291-7753<br><br>Counsel for Defendant RUELAS | FILED<br><br>JUL 13 2012<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RUELAS and<br>LORENZO ISRAEL GARCIA,<br><br>    Defendant. | Nos.  CR 11- 00558 - LHK<br>        CR 11- 00559 - LHK<br>        CR 11- 00560 - LHK<br>        CR 11- 00706 - LHK<br><br>JOINT STIPULATION AND REQUEST TO<br>CONTINUE SENTENCING HEARING<br>DATE TO OCTOBER 17, 2012; AND<br>[~~PROPOSED~~] ORDER |

## STIPULATION

Defendant Michael Ruelas, by and through Assistant Federal Public Defender Varell L. Fuller; Lorenzo Israel Garcia, by and through Counsel Jack Gordon; and the United States, by and through Assistant United States Attorney Thomas M. O'Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing presently set for Wednesday, July 18, 2012, at 9:00 a.m., be continued to Wednesday, October 17, 2012, at 9:00 a.m.

Defendants Michael Ruelas and Lorenzo Israel Garcia have pled guilty and a sentencing hearing is presently set for July 18, 2012, as to both defendants. The parties respectfully ask that the sentencing hearing date be continued. Both defense counsel respectfully request additional

Stipulation and [Proposed] Order Continuing
Hearing                                             1

time to investigate and effectively prepare arguments regarding the Court's sentencing determination. The parties, having conferred about their respective availability for the setting of a new sentencing hearing date, respectfully request that the sentencing hearing date be continued to October 17, 2012. United States Probation Officer Benjamin Flores, who has been assigned to conduct the presentence investigation, has been consulted about the requested continuance and has no objection. The parties further agree that the deadlines by which the United States Probation Office must disclose the draft and final pre-sentence reports shall be adjusted according to the new October 17, 2012, sentencing date.

Dated: July 12, 2012

/s/
VARELL L. FULLER
Assistant Federal Public Defender
Counsel for Michael Ruelas

Dates: July 12, 2012

/s/
JACK GORDON
Counsel for Lorenzo Israel Garcia

Dated July 12, 2012

/s/
DANIEL R. KALEBA for
THOMAS M. O' CONNELL
Assistant United States Attorney

//
//

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Wednesday, July 18, 2012, at 9:00 a.m. is continued to Wednesday, October 16, 2012, at 10:00 a.m., and the dates by which United States Probation must disclose the draft and final pre-sentence reports shall be adjusted accordingly.

Dated: 7/13/12

THE HONORABLE LUCY H. KOH
United States District Court Judge

Stipulation and [Proposed] Order Continuing Hearing        2