| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | VARELL L. FULLER |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant RUELAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. | CR 11- 00558 - LHK |
| | ) | | CR 11- 00560 - LHK |
| Plaintiff, | ) | | CR 11- 00706 - LHK |
| | ) | | |
| vs. | ) | STIPULATION AND REQUEST TO | |
| | ) | CONTINUE SENTENCING HEARING | |
| MICHAEL RUELAS, | ) | DATE TO APRIL 10, 2013; AND | |
| | ) | [PROPOSED] ORDER | |
| Defendant. | ) | | |
| _____ | ) | | |

**STIPULATION**

Defendant Michael Ruelas, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas M. O'Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing presently set for Wednesday, March 27, 2013, at 9:00 a.m., be continued to Wednesday, April 10, 2013, at 9:00 a.m.

Defendant Michael Ruelas has pled guilty and a sentencing hearing is presently set for March 27, 2013. The parties respectfully ask that the sentencing hearing date be continued to help facilitate the completion of the presentence report investigation and to allow additional time to prepare for the sentencing hearing. United States Probation Officer Benjamin Flores, who has

Stipulation and [Proposed] Order Continuing
Hearing                                                                 1

1 been assigned to conduct the presentence investigation, has been consulted about the requested
2 continuance and has no objection.

4 Dated: March 19, 2013
　　　　　　　　　　　　　　　_____/s/_____
5 　　　　　　　　　　　　　　　VARELL L. FULLER
　　　　　　　　　　　　　　　Assistant Federal Public Defender

7
8 Dated  March 19, 2013　　　　_____/s/_____
　　　　　　　　　　　　　　　THOMAS M. O' CONNELL
　　　　　　　　　　　　　　　Assistant United States Attorney
9 //
　//
10 　　　　　　　　　　　　**[PROPOSED] ORDER**

11 　　　GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that
12 the sentencing hearing date set for Wednesday, March 27, 2013, at 9:00 a.m. is continued to
13 Wednesday, April 10, 2013, at 9:00 a.m.

15 Dated:   3/20/13
　　　　　　　　　　　　　　　_____
16 　　　　　　　　　　　　　　　THE HONORABLE LUCY H. KOH
　　　　　　　　　　　　　　　United States District Court Judge